UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LARRY C. DARVEAU, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07cv628 |
| | ) |
| DETECON, INC., | ) |
| | ) |
|     Defendant. | ) |

ORDER

THIS MATTER came before the Court on the Motion by plaintiff LARRY C. DARVEAU to Compel (# 21).

IT APPEARING that the substance of the Motion has been resolved, it is hereby

ORDERED that the Motion is DENIED.

UPON CONSIDERATION of the parties' arguments submitted in the pleadings, it is further

ORDERED that plaintiff's request for attorney's fees and costs associated with bringing the Motion is DENIED.

ENTERED this 7th day of December, 2007.

                                                              _____/s/_____
                                                              THERESA CARROLL BUCHANAN
                                                              UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia